UNITED STATES OF AMERICA
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL PEGRAM,<br><br>    Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CRIMINAL NO.<br><br>1:08-cr-00434-ELR-JFK<br><br><br>CIVIL ACTION FILE<br><br>NO. 1:15-cv-02857-ELR |

**O R D E R**

This matter is before the Court for consideration of the Final Report and Recommendation (R&R), (Doc. No. 65), in which the Magistrate Judge Janet F. King recommends that the instant 28 U.S.C. § 2255 motion to vacate, (Doc. No. 55), be denied as untimely. In the absence of objection from Movant, this Court concludes that the Magistrate Judge's findings and conclusions are correct.

Accordingly, this Court **ADOPTS** the R&R as the Order of the Court. The motion to vacate is **DENIED**, this action is **DISMISSED** as untimely, a certificate of probable cause to appeal is **DENIED**, and the Clerk is **DIRECTED** to enter judgment in favor of Respondent and to close the civil action.

**SO ORDERED**, this 18th day of November, 2015.

_/s/ Eleanor L. Ross_
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE